SIMON BUTTS, Appellant, *v.* ADDISON B. FILLMORE, Respondent.

(Argued March 12, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made March 29, 1892, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term, and also affirmed an order denying a motion for a new trial.

*John Desmond* for appellant.

*George D. Forsyth* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

THE PEOPLE ex rel. JAMES M. PATTERSON, Appellant, *v.* EDWARD REED, Respondent.*

(Argued March 13, 1894; decided April 10, 1894.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, entered upon an order made July 2, 1892, which affirmed an order of the county judge of Warren county dismissing a writ of habeas corpus, and remanding the relator to the custody of the defendant.

*Louis M. Brown* for appellant.

*Charles J. Buchanan* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.

---

*Reported below, 64 Hun, 453.